10 A.3d 901

Michael GRIMALDI, sui juris, injured party

v.

COMMONWEALTH of Pennsylvania, PHILADELPHIA
COUNTY COURT OF COMMON PLEAS

v.

Michael Grimaldi, ens legis defendant, Corporate Fiction.

Petition of Michael Grimaldi.

No. 128 EM 2010.

Supreme Court of Pennsylvania.

Dec. 28, 2010.

## ORDER

PER CURIAM.

**AND NOW,** this 28th day of December, 2010, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**